O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Castaneda, Hugo <br><br> Defendant. | Case No.: CR 06-283-JVS-21 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CDCA , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on  backyard, cnty ties unknown due to failure to interview; bail resources unknown;

1
2
3        and/or
4   B.   (X) The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the safety of any
6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7        finding is based on ___alleged commission of new
8        offenses while under supervision___
9
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: ___9/17/13___
17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28

Page 2 of 2